# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00111-CV

**Meyer, Lytton, Allen, Whitaker, Inc. d/b/a MLAW Engineers, Appellant**

**v.**

**Neail Hand, Jr. and Patricia Hand, Appellees**

---

**FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-19-004130, THE HONORABLE TIM SULAK, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Meyer, Lytton, Allen, Whitaker, Inc. d/b/a MLAW Engineers has filed an agreed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: March 13, 2020